UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                          CRIMINAL ACTION NOS.  2:16-00127
                                                  2:13-00090

NIKKI TRENTOR DODDRILL

SUPERVISED RELEASE REVOCATION ORDER
MEMORANDUM OPINION AND ORDER

On July 11, 2017, the United States of America appeared by Gabriele Wohl, Assistant United States Attorney, and the defendant, Nikki Trentor Doddrill, appeared in person and by her counsel, Ann Mason Rigby, Assistant Federal Public Defender, for a hearing on the petition on supervised release and amendment thereto submitted by United States Probation Officer Asa M. Gravley.  The defendant commenced a 3-year term of supervised release in each of the actions noted above on October 13, 2016, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on December 20, 2013, and the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on October 12, 2016.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects: (1) the defendant used and possessed controlled substances as evidenced by a positive urine specimen submitted by her on January 19, 2017, for methamphetamine, the defendant having admitted to the probation officer that she nasally inhaled methamphetamine on January 13, 2017; a positive urine specimen submitted by her on March 1, 2017, for methamphetamine, the defendant having admitted to the probation officer that she had intravenously injected methamphetamine on February 25, 2017; a positive urine specimen submitted by her on March 8, 2017, for amphetamine and methamphetamine, the defendant having admitted to the probation officer on March 16, 2017, that she had intravenously injected methamphetamine on March 6 and 10, 2017; a positive urine specimen submitted by her on March 22, 2017, for amphetamine, cocaine and methamphetamine; the defendant's admission to the probation officer on April 4, 2017, that she intravenously injected methamphetamine on March 20 and April 3, 2017, and that

she ingested buprenorphine on April 2, 2017; and the defendant's admission to the probation officer on May 10, 2017, that she used suboxone and methamphetamine on May 5, 2017; (2) the defendant failed to work at a lawful occupation since commencing supervised release on October 13, 2016; (3) the defendant failed to notify the probation officer of her change in residence inasmuch as she admitted to the probation officer on April 4, 2017, that she had been residing at a residence in Fenwick, West Virginia, without notifying him; (4) the defendant resided with users and distributors of methamphetamine as evidenced by the defendant's admission to the probation officer on March 1, 2017; (5) the defendant failed to participate in drug treatment as directed by the probation officer inasmuch as she entered the substance abuse program at Recovery Point on April 4, 2017, and on April 17, 2017, left against staff recommendations; and (6) the defendant having failed to pay the special assessment at the rate of $50 on each March 1, 2017 and April 1, 2017; all as admitted by the defendant and all as set forth in the petition on supervised release and amendment thereto.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate

3

the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release terms previously imposed upon the defendant in these actions be, and they hereby are, revoked.

On motion of the defendant, to which there is no objection by the United States, the hearing in this matter is continued until 1:30 p.m. on July 24, 2017.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: July 11, 2017

John T. Copenhaver, Jr.
United States District Judge